IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 20-10076-TPA |
| | ) |
| MICHAEL P. WEBER, II, and | ) |
| NICOLE J. WEBER a/k/a | ) Chapter 13 |
| NICOLE JEAN FENNO | ) |
| Debtors, | ) |
| | ) Document No._____ |
| | ) |
| | ) |

## NOTICE OF CONVERSION OF CHAPTER 13 TO CHAPTER 7 PURSUANT TO 11 U.S.C. §1112

AND NOW comes Debtors Michael P. Weber, II, and Nicole J. Weber, a/k/a Nicole Jean Fenno, (the "Debtors") by and through their counsel Knox McLaughlin Gornall and Sennett, P.C., and files this Notice of Conversion of a Chapter 13 case to a Chapter 7 case, pursuant to 11 U.S.C. §1112, and in support thereof, states the following:

1. Debtors filed a Voluntary Petition under Chapter 13 of Title 11 of the United States Code on January 31, 2020 in the above-captioned Case.

2. Debtors' Chapter 13 Plan was confirmed on September 8, 2020.

3. On or about September 25, 2020, Debtor Nicole J. Weber's position as teacher with Child Development Center, Inc. was terminated due to the COVID-19 pandemic.

4. As a result of this loss of employment and income, coupled with the unlikelihood that Mrs. Weber will be able to find adequate employment in her field in a short period of time, the Debtors will be unable to make their scheduled Chapter 13 Plan payments.

5. It is therefore in the best interests of the Bankruptcy Estate for the Debtors to convert their case to a Chapter 7 liquidation.

6. This case has not been previously converted.

7.  The Debtors file this Notice in good faith and the Debtors are eligible for relief under Chapter 13 of the United States Code.

WHEREFORE, pursuant to 11 U.S.C. §1112, the Debtors do hereby give notice of the Conversion of their Chapter 13 case to a Chapter 7 case.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtors

By: /s/ Mark G. Claypool
    Mark G. Claypool
    PA I.D. No. 63199
    120 West Tenth Street
    Erie, Pennsylvania 16501-1461
    (814) 459-2800