Form 132

**UNITED STATES BANKRUPTCY COURT**  **82**
**WESTERN DISTRICT OF PENNSYLVANIA**  lfin

In re:                                                                                           Bankruptcy Case No.: 20−10076−TPA

                                                                                                          Chapter: 7

**Michael Patrick Weber II**                                          Nicole Jean Weber
  Debtor(s)                                                                        aka Nicole Jean Fenno

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND DETERMINATION OF TRUSTEE BOND**

  Tamera Ochs Rothschild is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

  In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 11/3/20                                                                                         **Andrew R. Vara**
                                                                                                                      United States Trustee

                                                                                                                      **Joseph S. Sisca**
                                                                                                                      Assistant United States Trustee
                                                                                                                      Western District of Pennsylvania

---

I Tamera Ochs Rothschild, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                                                      Tamera Ochs Rothschild

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael Patrick Weber, II  
Nicole Jean Weber  
    Debtor(s)

Case No. 20-10076-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 2  
Date Rcvd: Nov 03, 2020      Form ID: 132      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: trothschild@gmx.com | Nov 04 2020 01:25:00 | Tamera Ochs Rothschild, 318 W. Spring Street, Titusville, PA 16354-1659 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PODIUM MORTGAGE CAPITAL bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor FLAGSTAR BANK F.S.B. pawb@fedphe.com |
| Mark G. Claypool | on behalf of Debtor Michael Patrick Weber II mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Mark G. Claypool | on behalf of Joint Debtor Nicole Jean Weber mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |

| District/off: 0315-1 | User: lfin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 03, 2020 | Form ID: 132 | Total Noticed: 1 |

Michael S. Jan Janin
    on behalf of Creditor IBEW Local No. 56 Federal Credit Union mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Tamera Ochs Rothschild
    trothschild@gmx.com pa70@ecfcbis.com


TOTAL: 8