# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

In re:  
    MICHAEL PATRICK WEBER, II  
    NICOLE JEAN WEBER  
        Debtor(s)

Case No. 20-10076TPA

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2020.

2) The plan was confirmed on 03/26/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/09/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/03/2020.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,811.22.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,607.80 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $24,607.80

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $370.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,741.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,111.58

Attorney fees paid and disclosed by debtor:    $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES/PHEAA | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL B. | Unsecured | 4,605.00 | 4,800.52 | 4,800.52 | 0.00 | 0.00 |
| ASSOCIATED CLINICAL LABORAT( | Unsecured | 81.50 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CLINICAL LABORAT( | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CLINICAL LABORAT( | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| BBY/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY | Unsecured | 3,923.13 | 4,668.57 | 4,668.57 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY | Unsecured | 1,282.01 | 1,444.00 | 1,444.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY | Unsecured | 4,646.38 | 4,916.15 | 4,916.15 | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 4,407.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 6,461.77 | 7,540.68 | 7,540.68 | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK NA** | Secured | 26,780.79 | 26,662.57 | 0.00 | 4,457.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY NURSING SERVICES | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 1,287.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 1,228.82 | 1,445.00 | 1,445.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 7,124.52 | 7,676.27 | 7,676.27 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 6,481.02 | 6,592.35 | 6,592.35 | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | 19,574.19 | 8,745.54 | 8,745.54 | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | 0.00 | 5,214.71 | 5,214.71 | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | NA | 1,630.49 | 1,630.49 | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | NA | 3,325.03 | 3,325.03 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ELAN FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ERIE FEDERAL CREDIT UNION(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ERIE FEDERAL CREDIT UNION(*) | Unsecured | 3,376.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,575.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 3,376.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 4,170.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 2,293.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,929.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 5,491.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 3,853.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 2,552.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 3,028.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 3,485.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,184.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,929.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 7,134.00 | NA | NA | 0.00 | 0.00 |
| FEDLOAN SERVICING** | Unsecured | 5,358.00 | 60,962.11 | 60,962.11 | 0.00 | 0.00 |
| FIRSTMARK SERVICES | Unsecured | 9,151.00 | 12,859.24 | 12,859.24 | 0.00 | 0.00 |
| FLAGSTAR BANK FSB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOLDEN TREE | Unsecured | 90.00 | 64.00 | 64.00 | 0.00 | 0.00 |
| GOLDEN TREE | Unsecured | 4,872.00 | 4,872.82 | 4,872.82 | 0.00 | 0.00 |
| GOLDEN TREE | Unsecured | 4,925.00 | 4,821.83 | 4,821.83 | 0.00 | 0.00 |
| GOLDEN TREE | Unsecured | NA | 3,123.53 | 3,123.53 | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IBEW LOCAL 56 FCU* | Unsecured | 5,727.00 | 2,710.82 | 2,710.82 | 0.00 | 0.00 |
| IBEW LOCAL 56 FCU* | Unsecured | 2,975.00 | 1,897.45 | 1,897.45 | 0.00 | 0.00 |
| IBEW LOCAL 56 FCU* | Secured | 5,891.00 | 5,235.56 | 5,235.56 | 909.09 | 153.01 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,118.44 | 1,233.20 | 1,233.20 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 7,410.38 | 8,076.70 | 8,076.70 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 689.34 | 808.96 | 808.96 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 5,385.53 | 5,839.53 | 5,839.53 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 910.40 | 992.48 | 992.48 | 0.00 | 0.00 |
| MOHELA | Unsecured | 1,182.11 | 881.26 | 881.26 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 417.56 | 417.56 | 417.56 | 0.00 | 0.00 |
| PENNCREST SD (CAMBRIDGE TWP | Priority | 591.00 | 591.00 | 591.00 | 591.00 | 0.00 |
| PENNCREST SD (CAMBRIDGE TWP | Priority | 466.69 | 466.69 | 466.69 | 466.69 | 0.00 |
| PNC BANK NA | Unsecured | 19,638.46 | 19,309.38 | 19,309.38 | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 11,195.31 | 11,321.45 | 11,321.45 | 0.00 | 0.00 |
| PODIUM MORTGAGE CAPITAL LLC | Secured | 165,649.85 | 164,729.99 | 0.00 | 11,363.50 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 9,582.00 | 9,839.35 | 9,839.35 | 0.00 | 0.00 |
| RBS CITIZENS NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLC STUDENT LOAN TRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLC STUDENT LOAN TRUST** | Unsecured | 5,307.00 | 5,307.00 | 5,307.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 6,659.00 | NA | NA | 0.00 | 0.00 |
| TRACTOR SUPPLY/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 56.32 | 809.21 | 809.21 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 777.00 | 854.11 | 854.11 | 854.11 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 0.00 | 1,187.15 | 1,187.15 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO CARD SERVICES | Unsecured | 1,150.15 | NA | NA | 0.00 | 0.00 |
| WIDGET FEDERAL CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $11,363.50 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,235.56 | $5,366.09 | $153.01 |
| All Other Secured | $854.11 | $854.11 | $0.00 |
| **TOTAL SECURED:** | **$6,089.67** | **$17,583.70** | **$153.01** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,475.25 | $1,057.69 | $0.00 |
| **TOTAL PRIORITY:** | **$1,475.25** | **$1,057.69** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$214,916.78** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,111.58 |
| Disbursements to Creditors | $18,794.40 |
| **TOTAL DISBURSEMENTS:** | **$20,905.98** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/06/2020       By: /s/ Ronda J. Winnecour
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**