| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Michael Patrick Weber II** | Social Security number or ITIN | **xxx–xx–9896** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Nicole Jean Weber** | Social Security number or ITIN | **xxx–xx–0419** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **1/31/20** |
| Case number: | **20–10076–TPA** | Date case converted to chapter **7** | **11/3/20** |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set             12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Patrick Weber II | Nicole Jean Weber |
| 2. | **All other names used in the last 8 years** | | aka Nicole Jean Fenno |
| 3. | **Address** | 626 Sunnyside Drive<br>Cambridge Springs, PA 16403 | 626 Sunnyside Drive<br>Cambridge Springs, PA 16403 |
| 4. | **Debtor's attorney**<br>Name and address | Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501–6498 | Contact phone 814–459–2800<br><br>Email:  mclaypool@kmgslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tamera Ochs Rothschild<br>318 W. Spring Street<br>Titusville, PA 16354 | Contact phone 814–827–2760<br><br>Email:  trothschild@gmx.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                  page 1

Debtor **Michael Patrick Weber II** and **Nicole Jean Weber**                                                     Case number **20–10076–TPA**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 11/5/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 12, 2021 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.        Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/13/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/12/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/29/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                              page **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10076-TPA

Michael Patrick Weber, II  Chapter 7

Nicole Jean Weber

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: lfin    Page 1 of 6
Date Rcvd: Nov 05, 2020    Form ID: 309B    Total Noticed: 129

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Patrick Weber, II, Nicole Jean Weber, 626 Sunnyside Drive, Cambridge Springs, PA 16403-3342 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jerome B. Blank, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| aty | | Michael S. Jan Janin, Quinn Buseck Leemhuis Toohey & Kroto Inc, 2222 West Grandview Boulevard, Erie, PA 16506-4508 |
| 15192839 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 15192840 | + | AES/PHEAA, POB 61047, Harrisburg, PA 17106-1047 |
| 15192842 | + | AES/PHEAA NATNL LN, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 15192843 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15192848 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 15192849 | + | Associated Clinical Laboratories, 1526 Peach Street, Erie, PA 16501-2190 |
| 15192852 | + | Berkheimer Tax Administrator, PO Box 914, Bangor, PA 18013-0914 |
| 15192865 | | CFNA Firestone/ Credit First N.A., PO Box 81344, Cleveland, OH 44188-0344 |
| 15192874 | + | Community Nursing Services of North East, 7 Park Street, North East, PA 16428-1016 |
| 15192881 | + | Discover Bank/GLELSI, 2401 International Lane, POB 7860, Madison, WI 53707-7860 |
| 15192885 | | Discover Student Loans, PO Box 6107, Carol Stream, IL 60197-6107 |
| 15192887 | | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15192889 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15192890 | + | Firstmark/ G2 Trust 2016-A, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 15192893 | | Flagstar Bank Visa, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15204726 | + | Golden Tree, PO Box 82522, Lincoln, NE 68501-2522 |
| 15192899 | | MOHELA Student Loans, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15192900 | + | MOHELA/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15192898 | + | Michael P. Weber, Sr., 9096 Neuberger Road, Fairview, PA 16415-2902 |
| 15221474 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15192901 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15192902 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC, PO Box 3180, Pittsburgh, PA 15230 |
| 15192903 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15228166 | + | PODIUM MORTGAGE CAPITAL, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15192905 | + | Robert Weber, 8660 Baron Road, Mc Kean, PA 16426-1155 |
| 15192906 | + | SLC Student Loan Trust, PO Box 15316, Wilmington, DE 19850-5316 |
| 15192908 | | Synb/Car Care Tire Pro, PO Box 965036, Orlando, FL 32896-5036 |
| 15192920 | | Syncb/Paypal Credit Card, PO Box 960080, Alpharetta, GA 30005 |
| 15192929 | | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15192931 | | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 15192933 | + | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 15192937 | | UPMC, PO Box 371472, Pittsburgh, PA 15250-7980 |
| 15225259 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15192938 | + | US Department of Education/GL, 2401 International Lane, PO Box 7859, Madison, WI 53707-7859 |
| 15192939 | + | US Department of Education/GLE, 2401 International Lane, PO Box 7859, Madison, WI 53707-7859 |
| 15192943 | + | Wells Fargo/Preferred Customer Account, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 40

| | | | |
|---|---|---|---|
| District/off: 0315-1 | | User: lfin | Page 2 of 6 |
| Date Rcvd: Nov 05, 2020 | | Form ID: 309B | Total Noticed: 129 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mclaypool@kmgslaw.com | Nov 06 2020 00:50:00 | Mark G. Claypool, 120 West Tenth Street, Erie, PA 16501-6498 |
| tr | + | EDI: BTOROTHSCHILD.COM | Nov 06 2020 05:33:00 | Tamera Ochs Rothschild, 318 W. Spring Street, Titusville, PA 16354-1659 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 00:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 06 2020 00:51:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: PRA.COM | Nov 06 2020 05:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15192838 | + | EDI: AARGON.COM | Nov 06 2020 05:33:00 | Aargon Agency, Inc., 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 15192844 | + | EDI: AMEREXPR.COM | Nov 06 2020 05:33:00 | American Express, PO Box1270, Newark, NJ 07101-1270 |
| 15192845 | + | EDI: AMEREXPR.COM | Nov 06 2020 05:33:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15192846 | + | EDI: AMEREXPR.COM | Nov 06 2020 05:33:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15216727 | | EDI: BECKLEE.COM | Nov 06 2020 05:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15192850 | + | EDI: TSYS2.COM | Nov 06 2020 05:33:00 | Barclays Bank Delaware, PO Box 8803, Attn: Credit Bureau, Wilmington, DE 19899-8803 |
| 15192851 | + | EDI: TSYS2.COM | Nov 06 2020 05:33:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 15192854 | + | EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Best Buy/CBNA, 5800 Corporate Place, Sioux Falls, SD 57108-5027 |
| 15192853 | + | EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Best Buy/CBNA, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 15192856 | | EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One Bank USA, PO Box 85015, Richmond, VA 23285-5075 |
| 15192857 | | EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-7070 |
| 15192866 | + | EDI: CRFRSTNA.COM | Nov 06 2020 05:33:00 | CFNA/Firestone, PO Box 81344, Cleveland, OH 44188-0001 |
| 15199611 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2020 00:51:00 | Citizens Bank, One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 15199678 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2020 00:51:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston,Rhode Island 02919 |
| 15192869 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2020 00:51:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15192904 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2020 00:51:00 | RBS Citizens NA, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 15192875 | | EDI: CRFRSTNA.COM | | |

Case 20-10076-TPA    Doc 88    Filed 11/07/20    Entered 11/08/20 00:28:35    Desc Imaged
                          Certificate of Notice    Page 5 of 8

| District/off: 0315-1 | User: lfin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: 309B | Total Noticed: 129 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 06 2020 05:33:00 | CRDT FIRST, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 15192855 | + EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214860 | EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15192858 | EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15192860 | EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One/ Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15192861 | + EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One/ Bestbuy, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15192862 | + EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One/ Walmart, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 15192864 | + EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15192867 | + EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Citibank NA, 5800 Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15192868 | + EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Citibank NA, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 15229460 | EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15192870 | EDI: WFNNB.COM | Nov 06 2020 05:33:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 15192872 | + EDI: WFNNB.COM | Nov 06 2020 05:33:00 | Comenity Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 15192873 | + EDI: WFNNB.COM | Nov 06 2020 05:33:00 | Comenity Capital/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 15219879 | + EDI: CCS.COM | Nov 06 2020 05:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15192876 | EDI: CRFRSTNA.COM | Nov 06 2020 05:33:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 15192877 | EDI: CRFRSTNA.COM | Nov 06 2020 05:33:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 15192878 | + Email/PDF: DellBKNotifications@resurgent.com | Nov 06 2020 02:05:46 | DFS/Webbank, PO Box 81607, Austin, TX 78708-1607 |
| 15192879 | EDI: DISCOVER.COM | Nov 06 2020 05:33:00 | Discover Bank, PO Box 15316, Attn: CMS/Prod Develop, Wilmington, DE 19850-5316 |
| 15192883 | EDI: DISCOVER.COM | Nov 06 2020 05:33:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15196296 | EDI: DISCOVER.COM | Nov 06 2020 05:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15192882 | + EDI: DISCOVER.COM | Nov 06 2020 05:33:00 | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15198783 | + EDI: DISCOVERSL.COM | Nov 06 2020 05:33:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15192888 | Email/Text: kthomas@eriefcu.org | Nov 06 2020 00:51:00 | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 15192892 | Email/Text: cashiering-administrationservices@flagstar.com | Nov 06 2020 00:52:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |

Case 20-10076-TPA    Doc 88    Filed 11/07/20    Entered 11/08/20 00:28:35    Desc Imaged
                              Certificate of Notice    Page 6 of 8

| District/off: 0315-1 | User: lfin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: 309B | Total Noticed: 129 |

| | | | | |
|---|---|---|---|---|
| 15192894 | + | EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Home Depot Credit Services/Citbank, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15192895 | + | EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Home Depot Credit Services/Citibank, PO Box 9001010, Louisville, KY 40290-1010 |
| 15192896 | + | Email/Text: char@ibew56fcu.org | Nov 06 2020 00:52:00 | IBEW Local 56 Federal Credit Union, 962 W. 20th Street, Erie, PA 16502-2401 |
| 15192897 | + | Email/Text: char@ibew56fcu.org | Nov 06 2020 00:52:00 | IBEW Local 56 Federal Credit Union, 962 West 20th Street, Erie, PA 16502-2401 |
| 15215327 | | EDI: JEFFERSONCAP.COM | Nov 06 2020 05:33:00 | Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15228863 | | EDI: JEFFERSONCAP.COM | Nov 06 2020 05:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15221474 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 00:51:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15192901 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 00:51:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15192902 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 00:51:00 | PNC, PO Box 3180, Pittsburgh, PA 15230 |
| 15192903 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 00:51:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15229349 | | EDI: PRA.COM | Nov 06 2020 05:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15281701 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 00:51:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15192907 | + | EDI: DISCOVERSL.COM | Nov 06 2020 05:33:00 | SLC Student Loan Trust, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15192922 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | SYNCB/Paypal Smart Con, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192927 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15192909 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Sync/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192910 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Sync/Paypal Credit Card, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192911 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/ Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192912 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192914 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Car Care Tire Pro, C/o PO Box 965001, Orlando, FL 32896-0001 |
| 15192913 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Car Care Tire Pro, PO Box 965036, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192915 | | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15192917 | | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Chevron PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15192916 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Chevron PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192918 | | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Lenscrafters, PO Box 965036, Orlando, FL 32896-5036 |
| 15192924 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |

| District/off: 0315-1 | User: lfin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: 309B | Total Noticed: 129 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15192921 | | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Paypal Credit Card, PO Box 965005, Orlando, FL 32896-5005 |
| 15192919 | | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Paypal Credit Card, PO Box 960080, 4125 Windward Plaza, Orlando, FL 32896-0080 |
| 15192923 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Paypal SmartCon, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192926 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Syncb/Walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15193691 | + | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15192928 | | EDI: RMSC.COM | Nov 06 2020 05:33:00 | Synchrony Bank/ Lenscrafters, PO Box 965036, Orlando, FL 32896-5036 |
| 15192930 | + | EDI: WTRRNBANK.COM | Nov 06 2020 05:33:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15192932 | + | EDI: WTRRNBANK.COM | Nov 06 2020 05:33:00 | TD Bank USA/Target Credit Card, PO Box1470, Minneapolis, MN 55440-1470 |
| 15192934 | | EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Tractor Supply/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15192936 | + | EDI: CITICORP.COM | Nov 06 2020 05:33:00 | Tractor Supply/CBNA, 5800 Corporate Place, Sioux Falls, SD 57108-5027 |
| 15192886 | | EDI: USBANKARS.COM | Nov 06 2020 05:33:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 15192944 | + | EDI: WFFC.COM | Nov 06 2020 05:33:00 | WF/FMG, PO Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |
| 15192945 | + | EDI: WFFC.COM | Nov 06 2020 05:33:00 | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 15228299 | | EDI: WFFC.COM | Nov 06 2020 05:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15226773 | | EDI: WFFC.COM | Nov 06 2020 05:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15192941 | | EDI: WFFC.COM | Nov 06 2020 05:33:00 | Wells Fargo Card Services, Credit Bureau Dispute Resolutions, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 15192940 | + | EDI: WFFC.COM | Nov 06 2020 05:33:00 | Wells Fargo Card Services, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 15192942 | + | EDI: WFFC.COM | Nov 06 2020 05:33:00 | Wells Fargo/ Preferred Customer Acct, PO Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |
| 15192946 | + | Email/Text: collections@widgetfinancial.com | Nov 06 2020 00:51:00 | Widget Federal Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 15209790 | | EDI: CRFRSTNA.COM | Nov 06 2020 05:33:00 | credit first na, po box 818011, cleveland,ohio 44181-8011 |

TOTAL: 93

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK F.S.B. |

| District/off: 0315-1 | User: lfin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: 309B | Total Noticed: 129 |

| | | |
|---|---|---|
| cr | | IBEW Local No. 56 Federal Credit Union |
| cr | | PODIUM MORTGAGE CAPITAL |
| 15192841 | *+ | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15192847 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15199612 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 15199615 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 15192859 | * | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15192863 | *+ | Capital One/Bestbuy, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15192871 | *+ | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 15192880 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, PO Box 15316, Attn: CMS/ Prod develop, Wilmington, DE 19850-5316 |
| 15192884 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15192891 | *+ | Firstmark/G2 Trust - 2016 A, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 15192925 | *+ | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15192935 | * | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 3 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PODIUM MORTGAGE CAPITAL bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor FLAGSTAR BANK F.S.B. pawb@fedphe.com |
| Mark G. Claypool | on behalf of Debtor Michael Patrick Weber  II mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Mark G. Claypool | on behalf of Joint Debtor Nicole Jean Weber mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Creditor IBEW Local No. 56 Federal Credit Union mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Tamera Ochs Rothschild | trothschild@gmx.com  pa70@ecfcbis.com |

TOTAL: 7