IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re:<br>MICHAEL PATRICK WEBER, II AND<br>NICOLE JEAN WEBER<br>a/k/a NICOLE JEAN FENNO<br><br>Debtors<br><br><br>MICHAEL PATRICK WEBER, II AND<br>NICOLE JEAN WEBER<br>a/k/a NICOLE JEAN FENNO<br><br>Movants<br><br>v.<br><br><br>Respondent<br>NONE | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. 20-10076-TPA<br><br><br><br><br><br>Chapter 7<br><br><br><br><br><br><br>Related to Document No.16 |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____  Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____  Summary of Schedules
_____  Schedule A - Real Property
_____  Schedule B - Personal Property

_____  Schedule C - Property Claimed as Exempt

_____  Schedule D - Creditors holding Secured Claims
   Check one:
   _____  Creditor(s) added
   _____  NO creditor(s) added
   _____  Creditor(s) deleted
_____  Schedule E - Creditors Holding Unsecured Priority Claims
   Check one:
   _____  Creditor(s) added
   _____  NO creditor(s) added
   _____  Creditor(s) deleted
\_\_X\_\_  Schedule F - Creditors Holding Unsecured Nonpriority Claims
   Check one:
   _____  Creditor(s) added
   \_\_X\_\_  NO creditor(s) added
   **Post-petition debts from pre-existing creditors**
   _____  Creditor(s) deleted
_____  Schedule G - Executory Contracts and Unexpired Leases
   Check one:
   _____  Creditor(s) added
   _____  NO creditor(s) added
   _____  Creditor(s) deleted
_____  Schedule H - Codebtors

| | |
|---|---|
| _____ | Schedule I - Current Income of Individual Debtor(s) |
| _____ | Schedule J - Current Expenditures of Individual Debtor(s) |
| _____ | Statement of Financial Affairs |
| _____ | Chapter 7 Individual Debtor's Statement of Intention |
| _____ | Chapter 11 List of Equity Security Holders |
| _____ | Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims |
| _____ | Disclosure of Compensation of Attorney for Debtor |
| _____ | Other: _____ |

**PAWB Local Form 6  (07/13)**                                                                                                         **Page 1 of 2**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: ____11/13/2020_____      /s/Mark G. Claypool
                                        Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                        Mark G. Claypool
                                        (Typed Name)

                                        120 West 10th Street
                                        (Address)

                                        (814) 459-2800
                                        (Phone No.)

                                        PA I.D. #63199
                                        List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Debtor 1  **Michael Patrick Weber, II**
Debtor 2  **Nicole Jean Weber**                                    Case number (if known)  **20-10076**

---

| 4.5 | **Allegheny Health Network** | Last 4 digits of account number  **4023** | **$275.00** |

Nonpriority Creditor's Name
**PO Box 645266**
**Pittsburgh, PA 15264-5266**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical bill**

---

| 4.6 | **American Express** | Last 4 digits of account number  **1005** | **$4,605.00** |

Nonpriority Creditor's Name
**PO Box 1270**
**Newark, NJ 07101**
Number Street City State Zip Code

When was the debt incurred?  **2012**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.7 | **American Express** | Last 4 digits of account number  **Closed** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1 Michael Patrick Weber, II
Debtor 2 Nicole Jean Weber
Case number (if known) 20-10076

### 4.1 1

**Associated Clinical Laboratories**
Nonpriority Creditor's Name
1526 Peach Street
Erie, PA 16501
Number Street City State Zip Code

Last 4 digits of account number 3092
When was the debt incurred? 42.00

$42.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Medical expense

### 4.1 2

**Associated Clinical Laboratories**
Nonpriority Creditor's Name
PO Box 740631
Cincinnati, OH 45274-0631
Number Street City State Zip Code

Last 4 digits of account number 0062
When was the debt incurred?

$79.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Medical expense

### 4.1 3

**Associated Clinical Laboratories**
Nonpriority Creditor's Name
PO Box 640631
Cincinnati, OH 45274-0631
Number Street City State Zip Code

Last 4 digits of account number 2332
When was the debt incurred?

$536.50

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Medical expense

Debtor 1  Michael Patrick Weber, II
Debtor 2  Nicole Jean Weber                                                    Case number (if known)  20-10076

---

**4.80**

**UPMC**
Nonpriority Creditor's Name
PO Box 371472
Pittsburgh, PA 15250-7980
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                    $10.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

**4.81**

**UPMC**
Nonpriority Creditor's Name
PO Box 371472
Pittsburgh, PA 15250-7472
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  1713                           $467.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

**4.82**

**UPMC**
Nonpriority Creditor's Name
PO Box 371472
Pittsburgh, PA 15250-7472
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  4029                           $384.22

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical bill**

---

| Debtor 1 | Michael Patrick Weber, II | | |
|---|---|---|---|
| Debtor 2 | Nicole Jean Weber | Case number (if known) | 20-10076 |

| | | | | | |
|---|---|---|---|---|---|
| claims from Part 1 | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 1,475.25 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **1,475.25** |
| | | | | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 91,629.30 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 123,195.30 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **214,824.60** |