IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 20-10076-TPA |
| ) | |
| MICHAEL P. WEBER, II, and ) | |
| NICOLE J. WEBER, ) | Chapter 7 |
| Debtors, ) | |
| MICHAEL P. WEBER, II, and ) | Related to Document No. 80 |
| NICOLE J. WEBER ) | Order Converting Case From Chapter 13 to |
| Movants ) | Chapter 7 and Terminating Wage Attachment |
| ) | |
| v. ) | |
| ) | |
| No Respondent ) | |

**CERTIFICATE OF SERVICE**

TO PARTIES IN INTEREST:

I, Mark G. Claypool, certify under penalty of perjury that I served a copy of the attached Order on the parties at the addresses on the attached mailing matrix, on November 12, 2020, by first class, United States mail, postage pre-paid or via electronic filing.

By:  /s/ *Mark G. Claypool*
Mark G. Claypool, Esquire
PA I.D. No. 63199
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, Pennsylvania 16501-1461
(814) 459-2800
mclaypool@kmgslaw.com

# 2210902.v1

Case 20-10076-TPA    Doc 80    Filed 11/03/20    Entered 11/03/20 11:48:16    Desc Main
Document    Page 1 of 3

 11/3/20 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL PATRICK WEBER, II and : Case No. 20-10076 TPA
NICOLE JEAN WEBER :
    *Debtors* :
  MICHAEL PATRICK WEBER, II : Related to Document No. 78
  and NICOLE JEAN WEBER :
    *Movants* :
    v. :
  NO RESPONDENT :
     :

## ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7
## AND TERMINATING WAGE ATTACHMENT

The Debtors have filed a notice of conversion in accordance with *11 U.S.C. §1307(a)* converting this case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

A party in interest has filed a motion in accordance with 11 U.S.C. §1307(c) seeking to convert the case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). The court finds, after notice and a hearing, that the motion should be granted.

*AND NOW*, this *3rd* day of *November, 2020*, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    This case is **CONVERTED** to a case under Chapter 7.

(2)    The wage attachment(s) issued in this case are immediately **TERMINATED**. The Debtors shall serve a copy of this order on the employer(s).

(3)    *Within 14 days* of the date of this Order, the Debtors shall file a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case and before conversion. *Bankruptcy Rule 1019(5)(B)(i)*.

(4)    *Within 14 days* of the date of this Order, the Debtors shall file the statements and schedules required by *Bankruptcy Rules 1019(1)(A) & 1007(b)*, if such documents have not already been filed.

(5)    *Within 30 days* of the date of this Order, the Debtors shall file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by *11 U.S.C. §521(a)(2), Bankruptcy Rule 1019(1)(B)* and conforming to *Official Form 8*.

1

Case 20-10076-TPA    Doc 80    Filed 11/03/20    Entered 11/03/20 11:48:16    Desc Main
            Document      Page 2 of 3

(6)   The Chapter 13 Trustee **FORTHWITH** shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, as required by *Bankruptcy Rule 1019(4)*, except to the extent that the Trustee shall dispose of remaining funds as required by *W.PA. LBR 3021-1(f)*.

(7)   *Within 60 days* of the date of this Order, the Chapter 13 Trustee shall file an accounting of all receipts and distributions made. Jurisdiction over the Chapter 13 Trustee's certification of disbursements of funds and final report and account remains assigned to the Honorable Thomas P. Agresti, Bankruptcy Judge.

(8)   *Within 30 days* of the date of this Order, the Debtors shall, if the case is converted after the confirmation of a plan, file:

  (a)   A schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(i)*;

  (b)   A schedule of unpaid debts not listed in the Chapter 13 Trustee's final report and account, *Bankruptcy Rule 1019(5)(C)(ii)*; and

  (c)   A schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(iii)*, and

  (d)   The schedule of claimants under (b) of this paragraph shall be filed in matrix format. The Clerk shall reject for filing any list of claimants which is not filed in matrix format.

It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*. If the reports and schedules per Paragraphs 3, 8(b) and 8(c) of this Order are filed in time for the Clerk to include post-petition creditors in the §341 notice mailing, the Clerk shall so include the post-petition creditors in that mailing. If said report and schedules are not filed in time for inclusion of the post-petition creditors in the §341 notice mailing, ***within ten (10) days of the filing of said report and schedules***, the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*.

It is **FURTHER ORDERED** that ***within forty-five (45) days*** of this Order, all Chapter 13 fee petitions by any professional shall be self-scheduled and filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case" and shall designate the case number as "Bankruptcy No. TPA" and the hearing shall be self-scheduled on Judge Agresti's motions calendar.

It is **FURTHER ORDERED** that ***within ten (10) days*** hereof shall **IMMEDIATELY SERVE** a copy of this Order on all creditors in the above case and shall ***file a Certificate of Service*** with the Clerk of the Bankruptcy Court.

2

  The Court retains jurisdiction over the Chapter 13 Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account, the Chapter 13 Trustee is discharged from her duties in this case.

_____ asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor(s)
Debtor(s) Counsel
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee
Chapter 7 Trustee

```
Label Matrix for local noticing          AES/PHEAA                                AES/PHEAA
0315-1                                   1200 N 7th Street                        PO Box 61047
Case 20-10076-TPA                        Harrisburg, PA 17102-1419                Harrisburg, PA 17106-1047
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Fri Nov 13 10:19:59 EST 2020

AES/PHEAA NATNL LN                       Aargon Agency, Inc.                      Allegheny Health Network
1200 N 7th Street                        8668 Spring Mountain Road                P.O. Box 645266
Harrisburg, PA 17102-1419                Las Vegas, NV 89117-4132                 Pittsburgh, PA 15264-5250


American Express                         American Express                         American Express
P.O. Box 981537                          PO Box 1270                              PO Box 1270
El Paso, TX 79998-1537                   Newark, NJ 07101-1270                    Newark, NJ 07101-1270


American Express National Bank           Associated Clinical Laboratories         Associated Clinical Laboratories
c/o Becket and Lee LLP                   1526 Peach Street                        PO Box 740631
PO Box 3001                              Erie, PA 16501-2190                      Cincinnati, OH 45274-0631
Malvern  PA 19355-0701


Barclays Bank Delaware                   Barclays Bank Delaware                   Berkheimer Tax Administrator
125 S. West Street                       PO Box 8803                              PO Box 914
Wilmington, DE 19801-5014                Attn: Credit Bureau                      Bangor, PA 18013-0914
                                         Wilmington, DE 19899-8803


Best Buy/CBNA                            Best Buy/CBNA                            Jerome B. Blank
5800 Corporate Place                     701 East 60th Street                     Phelan Hallinan Diamond & Jones, LLP
Sioux Falls, SD 57108-5027               Sioux Falls, SD 57104-0432               1617 JFK Boulevard
                                                                                  Philadelphia, PA 19103-1821


CFNA Firestone/ Credit First N.A.        CFNA/Firestone                           CRDT FIRST
PO Box 81344                             PO Box 81344                             6275 Eastland Road
Cleveland, OH 44188-0344                 Cleveland, OH 44188-0001                 Brookpark, OH 44142-1399


Capital One                              Capital One Bank (USA), N.A.             (p)CAPITAL ONE
PO Box 71083                             by American InfoSource as agent          PO BOX 30285
Charlotte, NC 28272-1083                 PO Box 71083                             SALT LAKE CITY UT 84130-0285
                                         Charlotte, NC  28272-1083


Capital One Bank USA NA                  Capital One/ Best Buy                    Capital One/ Bestbuy
P.O. Box 30281                           PO Box 30253                             PO Box 5253
Salt Lake City, UT 84130-0281            Salt Lake City, UT 84130-0253            Carol Stream, IL 60197-5253


Capital One/ Walmart                     Capital One/Walmart                      Citibank NA
15000 Capital One Drive                  PO Box 30281                             5800 Corporate Place
Richmond, VA 23238-1119                  Salt Lake City, UT 84130-0281            Mail Code 234
                                                                                  Sioux Falls, SD 57108-5027
```

| | | |
|---|---|---|
| Citibank NA<br>701 East 60th Street N<br>Sioux Falls, SD 57104-0493 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Comenity Bank/Lane Bryant<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Zales<br>PO Box 182120<br>Columbus, OH 43218-2120 |
| Comenity Capital/Zales<br>PO Box 182120<br>Columbus, OH 43218-2120 | Community Nursing Services of North East<br>7 Park Street<br>North East, PA 16428-1016 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit First<br>6275 Eastland Road<br>Brookpark, OH 44142-1399 | Credit First National Association<br>PO Box 81315<br>Cleveland, OH 44181-0315 | DFS/Webbank<br>PO Box 81607<br>Austin, TX 78708-1607 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank/GLELSI<br>2401 International Lane<br>POB 7860<br>Madison, WI 53707-7860 |
| Discover Financial Services<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Discover Student Loans<br>PO Box 30925<br>Salt Lake City, UT 84130-0925 | Discover Student Loans<br>PO Box 6107<br>Carol Stream, IL 60197-6107 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Erie Federal Credit Union<br>1959 East 36th Street<br>Erie, PA 16510-2663 | Erie Federal Credit Union<br>3503 Peach Street<br>Erie, PA 16508-2741 |
| Fedloan Servicing<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | Firstmark/ G2 Trust 2016-A<br>121 S. 13th Street<br>Lincoln, NE 68508-1904 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 |
| Flagstar Bank Visa<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Golden Tree<br>PO Box 82522<br>Lincoln, NE 68501-2522 | Home Depot Credit Services/Citbank<br>P.O. Box 9001010<br>Louisville, KY 40290-1010 |
| Home Depot Credit Services/Citibank<br>PO Box 9001010<br>Louisville, KY 40290-1010 | IBEW Local 56 Federal Credit Union<br>962 W. 20th Street<br>Erie, PA 16502-2401 | IBEW Local 56 Federal Credit Union<br>962 West 20th Street<br>Erie, PA 16502-2401 |

| | | |
|---|---|---|
| Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MOHELA Student Loans<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 |
| MOHELA/Dept of Education<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | Michael P. Weber, Sr.<br>9096 Neuberger Road<br>Fairview, PA 16415-2902 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PODIUM MORTGAGE CAPITAL, LLC<br>FLAGSTAR BANK F.S.B.<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Robert Weber<br>8660 Baron Road<br>Mc Kean, PA 16426-1155 |
| Tamera Ochs Rothschild<br>318 W. Spring Street<br>Titusville, PA 16354-1659 | SLC Student Loan Trust<br>PO Box 15316<br>Wilmington, DE 19850-5316 | SLC Student Loan Trust<br>PO Box 30948<br>Salt Lake City, UT 84130-0948 |
| SYNCB/Paypal Smart Con<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Synb/Car Care Tire Pro<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Sync/Lowes<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Sync/Paypal Credit Card<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Syncb/ Lowes<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Syncb/Amazon PLCC<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Syncb/Car Care Tire Pro<br>C/o PO Box 965001<br>Orlando, FL 32896-0001 | Syncb/Car Care Tire Pro<br>PO Box 965036<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Syncb/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/Chevron PLCC<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Syncb/Chevron PLCC<br>PO Box 965015<br>Orlando, FL 32896-5015 |

Syncb/Lenscrafters
PO Box 965036
Orlando, FL 32896-5036

Syncb/PPC
P.O. Box 965005
Orlando, FL 32896-5005

Syncb/Paypal Credit Card
PO Box 960080
4125 Windward Plaza
Orlando, FL 32896-0080

Syncb/Paypal Credit Card
PO Box 960080
Alpharetta, GA 30005

Syncb/Paypal Credit Card
PO Box 965005
Orlando, FL 32896-5005

Syncb/Paypal SmartCon
4125 Windward Plaza
Alpharetta, GA 30005-8738

Syncb/Walmart
4125 Windward Plaza
Alpharetta, GA 30005-8738

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/ Lenscrafters
PO Box 965036
Orlando, FL 32896-5036

TD Bank USA/Target Credit
7000 Target Parkway N.
Mail Stop NCD-0450
Brooklyn Park, MN 55445-4301

TD Bank USA/Target Credit
7000 Target Parkway N.
Mail Stop NCD-0450
Minneapolis, MN 55445-4301

TD Bank USA/Target Credit
P.O. Box 673
Minneapolis, MN 55440-0673

TD Bank USA/Target Credit Card
PO Box1470
Minneapolis, MN 55440-1470

THD/CBNA
One Court Square
Long Island City, NY 11120-0001

Tractor Supply/CBNA
5800 Corporate Place
Sioux Falls, SD 57108-5027

Tractor Supply/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

UPMC
PO Box 371472
Pittsburgh, PA 15250-7980

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

US Department of Education/GL
2401 International Lane
PO Box 7859
Madison, WI 53707-7859

US Department of Education/GLE
2401 International Lane
PO Box 7859
Madison, WI 53707-7859

WF/FMG
PO Box 14517
CBS MAC F8235-01C
Des Moines, IA 50306-3517

WF/FMG
PO Box 14517
Des Moines, IA 50306-3517

Michael Patrick Weber II
626 Sunnyside Drive
Cambridge Springs, PA 16403-3342

Nicole Jean Weber
626 Sunnyside Drive
Cambridge Springs, PA 16403-3342

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
Credit Bureau Dispute Resolution
PO Box 14517
Des Moines, IA 50306-3517

Wells Fargo Card Services
Credit Bureau Dispute Resolutions
P.O. Box 14517
Des Moines, IA 50306-3517

Wells Fargo/ Preferred Customer Acct
PO Box 14517
CBS MAC F8235-01C
Des Moines, IA 50306-3517

Wells Fargo/Preferred Customer Account
PO Box 14517
Des Moines, IA 50306-3517

Widget Federal Credit Union
2154 East Lake Road
Erie, PA 16511-1140

credit first na
po box 818011
cleveland,ohio 44181-8011

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank USA
PO Box 85015
Richmond, VA 23285-5075

(d)Capital One Bank USA NA
P.O. Box 85015
Richmond, VA 23285-7070

Citizens Bank
One Citizens Bank Way
JCA115
Johnston, Rhode Island 02919

(d)Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston,Rhode Island 02919

(d)Citizens One Auto Finance
480 Jefferson Blvd
Warwick, RI 02886

Discover Bank
PO Box 15316
Attn: CMS/ Prod develop
Wilmington, DE 19850-5316

(d)Discover Bank
PO Box 15316
Attn: CMS/Prod Develop
Wilmington, DE 19850-5316

(d)Discover Financial Services
PO Box 15316
Wilmington, DE 19850

(d)Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850

Elan Financial Services
PO Box 108
Saint Louis, MO 63166

Jefferson Capital
16 McLeland Road
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

PNC
2730 Liberty Avenue
Pittsburgh, PA 15222

(d)PNC
PO Box 3180
Pittsburgh, PA 15230

(d)PNC Bank
PO Box 3180
Pittsburgh, PA 15230

(d)PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

(d)RBS Citizens NA
1000 Lafayette Blvd
Bridgeport, CT 06604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AES/PHEAA
POB 61047
Harrisburg, PA 17106-1047

(d)American Express
PO Box 981537
El Paso, TX 79998-1537

(d)Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

(d) Capital One/Bestbuy
PO Box 5253
Carol Stream, IL 60197-5253

(d) Comenity Bank/Lane Bryant
PO Box 182789
Columbus, OH 43218-2789

(u) FLAGSTAR BANK F.S.B.

(d) Firstmark/G2 Trust - 2016 A
121 S. 13th Street
Lincoln, NE 68508-1904

(u) IBEW Local No. 56 Federal Credit Union

(u) PODIUM MORTGAGE CAPITAL

(d) Syncb/PPC
PO Box 965005
Orlando, FL 32896-5005

(d) Tractor Supply/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

End of Label Matrix
Mailable recipients   121
Bypassed recipients    11
Total                 132