# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| In Re:<br>MICHAEL PATRICK WEBER, II AND<br>NICOLE JEAN WEBER<br>a/k/a NICOLE JEAN FENNO<br><br>Debtors<br><br>MICHAEL PATRICK WEBER, II AND<br>NICOLE JEAN WEBER<br>a/k/a NICOLE JEAN FENNO<br><br>Movants<br><br>        v.<br><br>Respondent<br>NONE | Bankruptcy No. 20-10076-TPA<br><br>Chapter 7<br><br>Related to Document No.16 |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property

_____ Schedule C - Property Claimed as Exempt

_____ Schedule D - Creditors holding Secured Claims
       Check one:
           _____ Creditor(s) added
           _____ NO creditor(s) added
           _____ Creditor(s) deleted

_____ Schedule E - Creditors Holding Unsecured Priority Claims
       Check one:
           _____ Creditor(s) added
           _____ NO creditor(s) added
           _____ Creditor(s) deleted

\_\_X\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
       Check one:
           _____ Creditor(s) added
           \_\_X\_\_ NO creditor(s) added
           **Post-petition debts from pre-existing creditors**
           _____ Creditor(s) deleted

_____ Schedule G - Executory Contracts and Unexpired Leases
       Check one:
           _____ Creditor(s) added
           _____ NO creditor(s) added
           _____ Creditor(s) deleted

_____ Schedule H - Codebtors

_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**PAWB Local Form 6  (07/13)**                                                                                    Page 1 of 2

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: ____11/16/2020_____     /s/Mark G. Claypool
                                       Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                       Mark G. Claypool
                                       (Typed Name)

                                       120 West 10th Street
                                       (Address)

                                       (814) 459-2800
                                       (Phone No.)

                                       PA I.D. #63199
                                       List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Case 20-10076-TPA    Doc 95    Filed 11/16/20    Entered 11/16/20 10:01:11    Desc Main
Document    Page 4 of 8

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Patrick Weber, II |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Nicole Jean Weber |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PA |
| Case number (if known) | 20-10076 |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   - ☐ No. Go to Part 2.
   - ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Berkheimer Tax Administrator** <br> Priority Creditor's Name <br> **PO Box 914** <br> **Bangor, PA 18013** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number  3446 <br> When was the debt incurred? <br><br> As of the date you file, the claim is: Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ■ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ | $591.00 | $591.00 | $0.00 |
| 2.2 | **Berkheimer Tax Administrator** <br> Priority Creditor's Name <br> **PO Box 914** <br> **Bangor, PA 18013** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number  1899 <br> When was the debt incurred? <br><br> As of the date you file, the claim is: Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ■ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ | $466.69 | $466.69 | $0.00 |

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1 of 35
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    37657    Best Case Bankruptcy

Debtor 1  Michael Patrick Weber, II
Debtor 2  Nicole Jean Weber

Case number (if known)    20-10076

| 4.5 | **Allegheny Health Network** | Last 4 digits of account number  4023 | $275.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 645266
Pittsburgh, PA 15264-5266
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical bill**

| 4.6 | **American Express** | Last 4 digits of account number  1005 | $4,605.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box1270
Newark, NJ 07101
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?  **2012**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card purchases**

| 4.7 | **American Express** | Last 4 digits of account number  **Closed** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 981537
El Paso, TX 79998
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

Debtor 1  Michael Patrick Weber, II
Debtor 2  Nicole Jean Weber

Case number (if known)  20-10076

### 4.1.1 Associated Clinical Laboratories

Nonpriority Creditor's Name
1526 Peach Street
Erie, PA 16501
Number Street City State Zip Code

Last 4 digits of account number  3092

When was the debt incurred?  42.00

$42.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Medical expense

### 4.1.2 Associated Clinical Laboratories

Nonpriority Creditor's Name
PO Box 740631
Cincinnati, OH 45274-0631
Number Street City State Zip Code

Last 4 digits of account number  0062

When was the debt incurred?

$79.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Medical expense

### 4.1.3 Associated Clinical Laboratories

Nonpriority Creditor's Name
PO Box 640631
Cincinnati, OH 45274-0631
Number Street City State Zip Code

Last 4 digits of account number  2332

When was the debt incurred?

$536.50

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Medical expense

Debtor 1  **Michael Patrick Weber, II**
Debtor 2  **Nicole Jean Weber**                                          Case number (if known)  **20-10076**

---

**4.80**

**UPMC**
Nonpriority Creditor's Name
**PO Box 371472**
**Pittsburgh, PA 15250-7980**
Number Street City State Zip Code

Last 4 digits of account number _____                                $10.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

Is the claim subject to offset?
■ No
☐ Yes

---

**4.81**

**UPMC**
Nonpriority Creditor's Name
**PO Box 371472**
**Pittsburgh, PA 15250-7472**
Number Street City State Zip Code

Last 4 digits of account number  **1713**                              $467.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

Is the claim subject to offset?
■ No
☐ Yes

---

**4.82**

**UPMC**
Nonpriority Creditor's Name
**PO Box 371472**
**Pittsburgh, PA 15250-7472**
Number Street City State Zip Code

Last 4 digits of account number  **4029**                              $384.22

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical bill**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor 1 | Michael Patrick Weber, II | | | |
|---|---|---|---|---|
| Debtor 2 | Nicole Jean Weber | | Case number (if known) | 20-10076 |

| | | | | | |
|---|---|---|---|---|---|
| claims from Part 1 | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 1,475.25 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 1,475.25 |
| | | | | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 91,629.30 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 123,195.30 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 214,824.60 |