**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL PATRICK WEBER, II
    NICOLE JEAN WEBER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Case No.:20-10076 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/31/2020 and confirmed on 03/26/2020. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,097.30 |
| Less Refunds to Debtor | 5,191.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,905.98 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 370.00 | |
|   Trustee Fee | 1,741.58 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,111.58 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PODIUM MORTGAGE CAPITAL LLC | 0.00 | 11,363.50 | 0.00 | 11,363.50 |
|   Acct: 0486 | | | | |
| WELLS FARGO BANK NA | 854.11 | 854.11 | 0.00 | 854.11 |
|   Acct: 6863 | | | | |
| CITIZENS BANK NA** | 0.00 | 4,457.00 | 0.00 | 4,457.00 |
|   Acct: 9932 | | | | |
| IBEW LOCAL 56 FCU* | 5,235.56 | 909.09 | 153.01 | 1,062.10 |
|   Acct: 4746 | | | | |
| | | | | 17,736.71 |
| **Priority** | | | | |
| MARK CLAYPOOL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MICHAEL PATRICK WEBER, II | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KNOX MCLAUGHLIN GORNALL&SENNET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PENNCREST SD (CAMBRIDGE TWP) (EIT) | 591.00 | 591.00 | 0.00 | 591.00 |
|   Acct: 3446 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MARK CLAYPOOL ESQ | 2,190.00 | 370.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL PATRICK WEBER, II | 5,191.32 | 5,191.32 | 0.00 | 0.00 |
| Acct: | | | | |
| PENNCREST SD (CAMBRIDGE TWP) (EIT) | 466.69 | 466.69 | 0.00 | 466.69 |
| Acct: 1899 | | | | |
| PA DEPARTMENT OF REVENUE* | 417.56 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,057.69 |
| **Unsecured** | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 4,800.52 | 0.00 | 0.00 | 0.00 |
| Acct: 1005 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 9,839.35 | 0.00 | 0.00 | 0.00 |
| Acct: 2228 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,668.57 | 0.00 | 0.00 | 0.00 |
| Acct: 7273 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,444.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0026 | | | | |
| CAPITAL ONE(*) | 0.00 | 370.00 | 0.00 | 0.00 |
| Acct: 7273 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,916.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6929 | | | | |
| CREDIT FIRST NA* | 1,445.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9896 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0604 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMUNITY NURSING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9896 | | | | |
| DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 7,676.27 | 0.00 | 0.00 | 0.00 |
| Acct: 2828 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   DISCOVER STUDENT LOANS | 5,214.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 5023 | | | | |
|   DISCOVER BANK(*) | 6,592.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 3513 | | | | |
|   DISCOVER STUDENT LOANS | 8,745.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 5024 | | | | |
|   ELAN FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1132 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIRSTMARK SERVICES | 12,859.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 4317 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FEDLOAN SERVICING** | 60,962.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1702 | | | | |
|   GOLDEN TREE | 64.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9896 | | | | |
|   GOLDEN TREE | 4,872.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 9896 | | | | |
|   GOLDEN TREE | 4,821.83 | 0.00 | 0.00 | 0.00 |
|     Acct: XX80 | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1132 | | | | |
|   CITIBANK NA** | 7,540.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 9445 | | | | |
|   IBEW LOCAL 56 FCU* | 2,710.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 5132 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4244 | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | IBEW LOCAL 56 FCU* | 1,897.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 4841 | | | | |
| | MOHELA | 881.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 4087 | | | | |
| | PNC BANK NA | 19,309.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 7354 | | | | |
| | PNC BANK NA | 11,321.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 8142 | | | | |
| | RBS CITIZENS NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SLC STUDENT LOAN TRUST** | 5,307.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SLC STUDENT LOAN TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,233.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 0768 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 8,076.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 7162 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 808.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 9639 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 5,839.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 4244 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 992.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 0984 | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRACTOR SUPPLY/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8328 | | | | |
| | UPMC HEALTH SERVICES | 809.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 0419 | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELLS FARGO CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4352 | | | | |
| | WELLS FARGO BANK NA | 1,187.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 2854 | | | | |
| | WIDGET FEDERAL CREDIT UNION D/B/A W | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 20-10076 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 5 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    MICHAEL WEBER | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ROBERT WEBER | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DISCOVER STUDENT LOANS | 1,630.49 | 0.00 | 0.00 | 0.00 |
|      Acct: 5021 | | | | |
|    DISCOVER STUDENT LOANS | 3,325.03 | 0.00 | 0.00 | 0.00 |
|      Acct: 5020 | | | | |
|    GOLDEN TREE | 3,123.53 | 0.00 | 0.00 | 0.00 |
|      Acct: 9896 | | | | |
|    PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                 18,794.40

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 1,475.25 |
| SECURED | 6,089.67 |
| UNSECURED | 214.916.78 |

Date: 11/27/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com