Certificate Number: 01721-PAW-DE-034511719

Bankruptcy Case Number: 20-10076


01721-PAW-DE-034511719

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 29, 2020</u>, at <u>5:02</u> o'clock <u>PM EDT</u>, <u>Michael Weber II</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   June 1, 2020            By:    /s/Sarah Chechak

                                Name:  Sarah Chechak

                                Title: Counseling