Certificate Number: 01721-PAW-DE-034511718

Bankruptcy Case Number: 20-10076



01721-PAW-DE-034511718

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 29, 2020</u>, at <u>5:02</u> o'clock <u>PM EDT</u>, <u>Nicole Weber</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>June 1, 2020</u>               By:     <u>/s/Sarah Chechak</u>

                                        Name:   <u>Sarah Chechak</u>

                                        Title:  <u>Counseling</u>