| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael Patrick Weber II** | Social Security number or ITIN | **xxx–xx–9896** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nicole Jean Weber** | Social Security number or ITIN | **xxx–xx–0419** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **20–10076–TPA** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Patrick Weber II

Nicole Jean Weber
aka Nicole Jean Fenno

<u>3/17/21</u>

**By the court:** <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10076-TPA |
| Michael Patrick Weber, II | Chapter 7 |
| Nicole Jean Weber | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Mar 17, 2021 | Form ID: 318 | Total Noticed: 123 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Patrick Weber, II, Nicole Jean Weber, 626 Sunnyside Drive, Cambridge Springs, PA 16403-3342 |
| 15192839 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 15192840 | + | AES/PHEAA, POB 61047, Harrisburg, PA 17106-1047 |
| 15192842 | + | AES/PHEAA NATNL LN, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 15192843 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15192848 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 15192849 | + | Associated Clinical Laboratories, 1526 Peach Street, Erie, PA 16501-2190 |
| 15192852 | + | Berkheimer Tax Administrator, PO Box 914, Bangor, PA 18013-0914 |
| 15192865 | | CFNA Firestone/ Credit First N.A., PO Box 81344, Cleveland, OH 44188-0344 |
| 15192874 | + | Community Nursing Services of North East, 7 Park Street, North East, PA 16428-1016 |
| 15192881 | + | Discover Bank/GLELSI, 2401 International Lane, POB 7860, Madison, WI 53707-7860 |
| 15192885 | | Discover Student Loans, PO Box 6107, Carol Stream, IL 60197-6107 |
| 15192887 | | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15192889 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15192890 | + | Firstmark/ G2 Trust 2016-A, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 15192893 | | Flagstar Bank Visa, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15204726 | + | Golden Tree, PO Box 82522, Lincoln, NE 68501-2522 |
| 15192899 | | MOHELA Student Loans, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15192900 | + | MOHELA/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15192898 | + | Michael P. Weber, Sr., 9096 Neuberger Road, Fairview, PA 16415-2902 |
| 15228166 | + | PODIUM MORTGAGE CAPITAL, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15192905 | + | Robert Weber, 8660 Baron Road, Mc Kean, PA 16426-1155 |
| 15192906 | + | SLC Student Loan Trust, PO Box 15316, Wilmington, DE 19850-5316 |
| 15192908 | | Synb/Car Care Tire Pro, PO Box 965036, Orlando, FL 32896-5036 |
| 15192920 | | Syncb/Paypal Credit Card, PO Box 960080, Alpharetta, GA 30005 |
| 15192929 | | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15192931 | | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 15192933 | + | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 15192937 | | UPMC, PO Box 371472, Pittsburgh, PA 15250-7980 |
| 15225259 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15192938 | + | US Department of Education/GL, 2401 International Lane, PO Box 7859, Madison, WI 53707-7859 |
| 15192939 | + | US Department of Education/GLE, 2401 International Lane, PO Box 7859, Madison, WI 53707-7859 |
| 15192943 | + | Wells Fargo/Preferred Customer Account, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 18 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2021 03:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 18 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2021 03:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PRA.COM | Mar 18 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15192838 | + EDI: AARGON.COM | Mar 18 2021 03:13:00 | Aargon Agency, Inc., 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 15192844 | + EDI: AMEREXPR.COM | Mar 18 2021 03:13:00 | American Express, PO Box1270, Newark, NJ 07101-1270 |
| 15192845 | + EDI: AMEREXPR.COM | Mar 18 2021 03:13:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15192846 | + EDI: AMEREXPR.COM | Mar 18 2021 03:13:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15216727 | EDI: BECKLEE.COM | Mar 18 2021 03:13:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15192850 | + EDI: TSYS2.COM | Mar 18 2021 03:13:00 | Barclays Bank Delaware, PO Box 8803, Attn: Credit Bureau, Wilmington, DE 19899-8803 |
| 15192851 | + EDI: TSYS2.COM | Mar 18 2021 03:13:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 15192854 | + EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Best Buy/CBNA, 5800 Corporate Place, Sioux Falls, SD 57108-5027 |
| 15192853 | + EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Best Buy/CBNA, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 15192856 | EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One Bank USA, PO Box 85015, Richmond, VA 23285-5075 |
| 15192857 | EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-7070 |
| 15192866 | + EDI: CRFRSTNA.COM | Mar 18 2021 03:13:00 | CFNA/Firestone, PO Box 81344, Cleveland, OH 44188-0001 |
| 15199611 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2021 03:31:00 | Citizens Bank, One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 15199678 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2021 03:31:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston,Rhode Island 02919 |
| 15192869 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2021 03:31:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15192904 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2021 03:31:00 | RBS Citizens NA, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 15192875 | EDI: CRFRSTNA.COM | Mar 18 2021 03:13:00 | CRDT FIRST, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 15192855 | + EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214860 | EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15192858 | EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 15192860 | EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One/ Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15192861 | + EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One/ Bestbuy, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15192862 | + EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One/ Walmart, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 15192864 | + EDI: CAPITALONE.COM | Mar 18 2021 03:13:00 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15192867 | + EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Citibank NA, 5800 Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15192868 | + EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Citibank NA, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 15229460 | EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15192870 | EDI: WFNNB.COM | Mar 18 2021 03:13:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 15192872 | + EDI: WFNNB.COM | Mar 18 2021 03:13:00 | Comenity Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 15192873 | + EDI: WFNNB.COM | Mar 18 2021 03:13:00 | Comenity Capital/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 15219879 | + EDI: CCS.COM | Mar 18 2021 03:13:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15192876 | EDI: CRFRSTNA.COM | Mar 18 2021 03:13:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 15192877 | EDI: CRFRSTNA.COM | Mar 18 2021 03:13:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 15192878 | + Email/PDF: DellBKNotifications@resurgent.com | Mar 18 2021 02:52:30 | DFS/Webbank, PO Box 81607, Austin, TX 78708-1607 |
| 15192879 | EDI: DISCOVER.COM | Mar 18 2021 03:13:00 | Discover Bank, PO Box 15316, Attn: CMS/Prod Develop, Wilmington, DE 19850-5316 |
| 15192883 | EDI: DISCOVER.COM | Mar 18 2021 03:13:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15196296 | EDI: DISCOVER.COM | Mar 18 2021 03:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15192882 | + EDI: DISCOVER.COM | Mar 18 2021 03:13:00 | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15198783 | + EDI: DISCOVERSL.COM | Mar 18 2021 03:13:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15192888 | Email/Text: kthomas@eriefcu.org | Mar 18 2021 03:32:00 | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 15192892 | Email/Text: cashiering-administrationservices@flagstar.com | Mar 18 2021 03:34:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15192894 | + EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Home Depot Credit Services/Citbank, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15192895 | + EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Home Depot Credit Services/Citibank, PO Box 9001010, Louisville, KY 40290-1010 |
| 15192896 | + Email/Text: char@ibew56fcu.org | Mar 18 2021 03:34:00 | IBEW Local 56 Federal Credit Union, 962 W. 20th Street, Erie, PA 16502-2401 |
| 15192897 | + Email/Text: char@ibew56fcu.org | Mar 18 2021 03:34:00 | IBEW Local 56 Federal Credit Union, 962 West 20th Street, Erie, PA 16502-2401 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15215327 | | EDI: JEFFERSONCAP.COM | Mar 18 2021 03:13:00 | Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15228863 | | EDI: JEFFERSONCAP.COM | Mar 18 2021 03:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15192901 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2021 03:31:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15192902 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2021 03:31:00 | PNC, PO Box 3180, Pittsburgh, PA 15230 |
| 15192903 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2021 03:31:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15221474 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2021 03:31:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15229349 | | EDI: PRA.COM | Mar 18 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15281701 | | EDI: PENNDEPTREV | Mar 18 2021 03:13:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15281701 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2021 03:32:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15192907 | + | EDI: DISCOVERSL.COM | Mar 18 2021 03:13:00 | SLC Student Loan Trust, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15192922 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | SYNCB/Paypal Smart Con, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192927 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15192909 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Sync/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192910 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Sync/Paypal Credit Card, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192911 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/ Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192912 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192914 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Car Care Tire Pro, C/o PO Box 965001, Orlando, FL 32896-0001 |
| 15192913 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Car Care Tire Pro, PO Box 965036, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192915 | | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15192917 | | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Chevron PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15192916 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Chevron PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15192918 | | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Lenscrafters, PO Box 965036, Orlando, FL 32896-5036 |
| 15192924 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15192921 | | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Paypal Credit Card, PO Box 965005, Orlando, FL 32896-5005 |
| 15192919 | | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Paypal Credit Card, PO Box 960080, 4125 Windward Plaza, Orlando, FL 32896-0080 |
| 15192923 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Paypal SmartCon, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

| District/off: 0315-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 318 | Total Noticed: 123 |

| | | | | |
|---|---|---|---|---|
| 15192926 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Syncb/Walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15193691 | + | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15192928 | | EDI: RMSC.COM | Mar 18 2021 03:13:00 | Synchrony Bank/ Lenscrafters, PO Box 965036, Orlando, FL 32896-5036 |
| 15192930 | + | EDI: WTRRNBANK.COM | Mar 18 2021 03:13:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15192932 | + | EDI: WTRRNBANK.COM | Mar 18 2021 03:13:00 | TD Bank USA/Target Credit Card, PO Box1470, Minneapolis, MN 55440-1470 |
| 15192934 | | EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Tractor Supply/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15192936 | + | EDI: CITICORP.COM | Mar 18 2021 03:13:00 | Tractor Supply/CBNA, 5800 Corporate Place, Sioux Falls, SD 57108-5027 |
| 15192886 | | EDI: USBANKARS.COM | Mar 18 2021 03:13:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 15192944 | + | EDI: WFFC.COM | Mar 18 2021 03:13:00 | WF/FMG, PO Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |
| 15192945 | + | EDI: WFFC.COM | Mar 18 2021 03:13:00 | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 15228299 | | EDI: WFFC.COM | Mar 18 2021 03:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15226773 | | EDI: WFFC.COM | Mar 18 2021 03:13:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15192941 | | EDI: WFFC.COM | Mar 18 2021 03:13:00 | Wells Fargo Card Services, Credit Bureau Dispute Resolutions, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 15192940 | + | EDI: WFFC.COM | Mar 18 2021 03:13:00 | Wells Fargo Card Services, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 15192942 | + | EDI: WFFC.COM | Mar 18 2021 03:13:00 | Wells Fargo/ Preferred Customer Acct, PO Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |
| 15192946 | + | Email/Text: collections@widgetfinancial.com | Mar 18 2021 03:33:00 | Widget Federal Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 15209790 | | EDI: CRFRSTNA.COM | Mar 18 2021 03:13:00 | credit first na, po box 818011, cleveland,ohio 44181-8011 |

TOTAL: 93

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK F.S.B. |
| cr | | IBEW Local No. 56 Federal Credit Union |
| cr | | PODIUM MORTGAGE CAPITAL |
| 15192841 | *+ | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15192847 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15199612 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 15199615 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |

Case 20-10076-TPA    Doc 115    Filed 03/19/21    Entered 03/20/21 00:42:30    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 318 | Total Noticed: 123 |

| | | |
|---|---|---|
| 15192859 | * | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15192863 | *+ | Capital One/Bestbuy, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15192871 | *+ | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 15192880 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, PO Box 15316, Attn: CMS/ Prod develop, Wilmington, DE 19850-5316 |
| 15192884 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15192891 | *+ | Firstmark/G2 Trust - 2016 A, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 15192925 | *+ | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15192935 | * | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 3 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor PODIUM MORTGAGE CAPITAL bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor FLAGSTAR BANK F.S.B. pawb@fedphe.com |
| Mark G. Claypool | on behalf of Debtor Michael Patrick Weber  II mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Mark G. Claypool | on behalf of Joint Debtor Nicole Jean Weber mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Creditor IBEW Local No. 56 Federal Credit Union mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Tamera Ochs Rothschild | trothschild@gmx.com  pa70@ecfcbis.com |

TOTAL: 7