Form 129

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael Patrick Weber II
Nicole Jean Weber
aka Nicole Jean Fenno**
   Debtor(s)

Bankruptcy Case No.: 20−10076−TPA

Chapter: 7

## **FINAL DECREE**

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: April 7, 2021

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael Patrick Weber, II  
Nicole Jean Weber  
    Debtors

Case No. 20-10076-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 07, 2021      Form ID: 129      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Michael Patrick Weber, II, Nicole Jean Weber, 626 Sunnyside Drive, Cambridge Springs, PA 16403-3342

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor PODIUM MORTGAGE CAPITAL bnicholas@kmllawgroup.com

Jerome B. Blank  
     on behalf of Creditor FLAGSTAR BANK F.S.B. pawb@fedphe.com

Mark G. Claypool  
     on behalf of Debtor Michael Patrick Weber  II mclaypool@kmgslaw.com,  
     knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Mark G. Claypool  
     on behalf of Joint Debtor Nicole Jean Weber mclaypool@kmgslaw.com  
     knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael S. Jan Janin  
     on behalf of Creditor IBEW Local No. 56 Federal Credit Union mjanjanin@quinnfirm.com  
     mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quin

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 07, 2021 | Form ID: 129 | Total Noticed: 1 |

                nfirm.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Tamera Ochs Rothschild
                trothschild@gmx.com  pa70@ecfcbis.com

TOTAL: 7